TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
 *Hiro Uttamchandani*

FILED
DISTRICT COURT OF GUAM
SEP - 1 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00101 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **EX PARTE MOTION TO RELEASE** |
| | ) | **AND EXONERATE BOND** |
| HIRO H. UTTAMCHANDANI, aka | ) | |
| TONY UTTAMS, | ) | |
| | ) | |
| Defendant. | ) | |

----------

Defendant hereby moves the Court to release the Appearance Bond of Ten Thousand Dollars ($10,000) to his son, Harry Uttamchandani, which was deposited in this Court on May 4, 2004 to secure the appearance of the Defendant. This motion is made on the grounds that the Defendant was sentenced on April 7, 2005; that he served his time in prison in Hawaii; that he has returned to Guam and is currently on probation; and that there is no good reason for the Court to continue holding the Appearance Bond.

///

///

1   The undersigned has contacted Karon Johnson, the Assistant United States Attorney

2   handling this matter, and she has no objection to the release of the bond money.

3   Respectfully submitted this 31st day of August, 2005.

**TEKER TORRES & TEKER, P.C.**

By /s/ Lawrence J. Teker
**LAWRENCE J. TEKER, ESQ.**
Attorneys for Defendant



LJT:cs(87348-01)
PLDGS:UTTAMCHANDANI, HIRO-USA:007

**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4