TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Hiro Uttamchandani*

**FILED**
DISTRICT COURT OF GUAM
SEP 02 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA, ) CRIMINAL CASE NO. 03-00101
) 
Plaintiff, )
)
vs. ) **ORDER FOR EXONERATION AND**
) **RETURN OF APPEARANCE BOND**
HIRO H. UTTAMCHANDANI, aka )
TONY UTTAMS, )
)
Defendant. )

Based upon the *ex parte* motion of the Defendant to release the Appearance Bond, and the United States Attorney's Office having no objection thereto, and the Court finding no reason why the Bond should not be returned as requested in the motion,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Appearance Bond of Ten Thousand Dollars ($10,000) cash deposited in this Court in this case on May 4, 2004 is hereby exonerated, and the Clerk of the District Court of Guam shall return the money deposited herein to Harry Uttamchandani.

DATED at Hagåtña, Guam, on 9/2/05.

SO OJ

~~HONORABLE JOAQUIN V.E. MANIBUSAN, JR.~~
~~Magistrate Judge, District Court of Guam~~
S. JAMES OTERO, Designated District Judge
S. JAMES OTERO

RECEIVED
SEP 1 2005
DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM

U.S. ATTORNEY'S OFFICE
DISTRICTS OF GUAM & NMI
SEP 01 2005

Case 1:03-cv-00101  Document 30  Filed 09/02/2005  Page 1 of 1
ORIGINAL