
FILED
DISTRICT COURT OF GUAM
SEP -8 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>HIRO H. UTTAMCHANDANI, aka<br>TONY UTTAMS,<br><br>        Defendant. | CRIMINAL CASE NO. 03-00101<br><br>**ACKNOWLEDGMENT OF**<br>**U.S. TREASURY CHECK** |

I, _HARRY UTTAMCHANDANI_, hereby acknowledge receipt of U.S. Treasury check no. 00039302, in the amount of $10,000.00, dated September 7, 2005. Attached hereto is a copy of the check.

_9-8-05_                                                         _[signature]_
Date                                                                   Signature

**ORIGINAL**

# United States Treasury

15-51/000

DISTRICT COURT
AGANA, GU

4694-00039302

Check No.

09 07 05   Order filed 9/2/05   00039302

Pay to the order of

HARRY UTTAMCHANDANI
CR-03-00101
314 E. MARINE DRIVE
HAGATNA , GU 96910

$****10,000*00

VOID AFTER ONE YEAR



DISBURSING OFFICER

REF. NO.

⑊46948⑊ ⑆000000518⑆ 00039302⑊