

FILED
DISTRICT COURT OF GUAM
OCT - 7 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 03-00101-001 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **REQUEST TO TRAVEL** |
| ) | |
| HIRO H. UTTAMCHANDANI ) | |
| Defendant. ) | |

On April 7, 2005, Hiro H. Uttamchandani was sentenced by the Honorable Robert Clive Jones, Designated Judge, U.S. District Court of Guam, for Giving Bribes to an Agent of an Organization Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(2). He was sentenced to a six-month imprisonment term, followed by a supervised release term of two years. The conditions of his supervised release include that he shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA as directed by the probation officer; comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission; refrain from the consumption of any and all alcohol; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol, and make co-payments at a rate to be determined by the U.S. Probation Office; permit the probation officer access to any and all financial documents and records; and pay a special assessment fee of $100.

Mr. Uttamchandani's supervised release term commenced on August 25, 2005. He is requesting the Court's permission to travel to Manila, Republic of the Philippines, for a medical check-up for his degenerative joint disease which causes back pains. His physician, Dr. Vincent Duenas, has referred him to St. Luke's Medical Center for out-patient Neurosurgeon consultation. He is scheduled to depart on October 18, 2005 and will return to Guam on October 31, 2005.

**ORIGINAL**

Request to Travel
Re:   UTTAMCHANDANI, Hiro H.
USDC Cr. Cs. No. 03-00101-001
October 5, 2005
Page 2


To date, Mr. Uttamchandani has satisfactorily adjusted to his term of supervised release. He paid his $100 special assessment fee on August 29, 2005, and submitted to DNA collection on August 6, 2005. Mr. Uttamchandani is a retired retail store owner and has turned over his business to his son, Harry Uttamchandani. This officer supports the travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: *[signature]*
JUDY ANNE L. OCAMPO
U. S. Probation Officer

Reviewed by:

*[signature]*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   File