| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

ORIGINAL

Hiro H. Uttamchandani
USDC Cr.Cs.#03-00101-001
SS# XXX-XX-7454
DOB: XX-XX-1939
HT: 5 ft 7 in
WT: 135 lbs



DATE    October 5, 2005

YOU ARE AUTHORIZED TO TRAVEL TO    **Manila, Republic of the Philippines**

LEAVING    **October 18, 2005**    AND RETURNING    **October 31, 2005**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Medical check-up and/or treatment (if necessary).**

**FILED**
DISTRICT COURT OF GUAM
OCT 11 2005
MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Manila, Republic of the Philippines;
2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;
3. You shall call your probation officer if you change accommodation/location; and
4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

_Judy Anne L. Ocampo_
UNITED STATES PROBATION OFFICER

NAME    N/A
ADDRESS    _____

☒ APPROVED    ☐ DISAPPROVED

_JOAQUIN V.E. MANIBUSAN, JR._
U.S. MAGISTRATE JUDGE