| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM  PERMISSION TO TRAVEL | ADDRESS OF PROBATION OFFICE  U.S. PROBATION OFFICE  2nd Floor U.S. Courthouse  520 West Soledad Ave.  Hagatna, Guam 96910  (671) 473-9201 |

**ORIGINAL**



Hiro H. Uttamchandani
USDC Cr. Cs. No. 03-00101-001
SSN: XXX-XX-7454
DOB: XX-XX-1939
HT: 5'7"  WT: 133 lbs.

DATE    March 24, 2006

YOU ARE AUTHORIZED TO TRAVEL TO    Bombay, India

LEAVING    April 14, 2006    AND RETURNING    May 30, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**PURPOSE OF THIS TRIP:**

Medical assessment and treatment.

Accommodations:    Oberoi Towers
Nariman Point
Mumbai 400021, India
Telephone Number: 91-22-5632 5757

**FILED**
DISTRICT COURT OF GUAM
APR - 5 2006
MARY L.M. MORAN
CLERK OF COURT

**SPECIAL INSTRUCTIONS:**    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1.  You shall abide by your supervised release conditions while in India.

2.  Report to the U.S. Probation Office in person within 72 hours upon arrival on Guam.

3.  Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION

**RECEIVED**
APR - 4 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

CARMEN D. O'MALLAN
U.S. Probation Officer

[X] APPROVED    [ ] DISAPPROVED

NAME
ADDRESS

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

Case 1:03-cr-00101    Document 35    Filed 04/05/2006    Page 1 of 1