
FILED
DISTRICT COURT OF GUAM
JUL -7 2006
MARY L.M. MORAN
CLERK OF COURT

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 03-00101-001 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **TRAVEL REQUEST INFORMATION** |
| ) | |
| HIRO H. UTTAMCHANDANI ) | |
| ) | |
| Defendant. ) | |
| _____) | |

     On April 7, 2005, Hiro H. Uttamchandani was sentenced by the Honorable Robert Clive Jones, Designated Judge, U.S. District Court of Guam, for Giving Bribes to an Agent of an Organization Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(2). He was sentenced to a six-month imprisonment term, followed by a supervised release term of two years. The conditions of his supervised release include that he shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA as directed by the probation officer; comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission; refrain from the consumption of any and all alcohol; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol, and make co-payments at a rate to be determined by the U.S. Probation Office; permit the probation officer access to any and all financial documents and records; and pay a special assessment fee of $100. Mr. Uttamchandani's supervised release term commenced on August 25, 2005.

     Mr. Uttamchandani is requesting the Court's permission to travel to Manila, Republic of the Philippines, for medical treatment at St. Luke's Hospital. Mr. Uttamchandani is scheduled to depart Guam on July 10, 2006 and return on August 9, 2006.

Request to Travel
Re: UTTAMCHANDANI, Hiro H.
USDC Cr. Cs. No. 03-00101-001
July 6, 2006
Page 2


To date, Mr. Uttamchandani has satisfactorily adjusted to his term of supervised release. He has no monetary obligations to the Court, and has satisfied all of his special conditions. This Officer supports the travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: CARMEN D. O'MALLAN
U. S. Probation Officer Specialist

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File