PROB 37
(Rev. 7/71)

UNITED STATES DISTRICT COURT
FEDERAL PROBATION SYSTEM

**PERMISSION TO TRAVEL**

ADDRESS OF PROBATION OFFICE

U.S. PROBATION OFFICE
2nd Floor U.S. Courthouse
520 West Soledad Ave.
Hagatna, Guam 96910
(671) 473-9201

**ORIGINAL**

Hiro H. Uttamchandani
USDC Cr. Cs. No. 03-00101-001
SSN: XXX-XX-7454
DOB: XX-XX-1939
HT: 5'7" WT: 133 lbs.



DATE  July 6, 2006

YOU ARE AUTHORIZED TO TRAVEL TO  Manila, Republic of the Philippines

LEAVING  July 10, 2006   AND RETURNING  August 9, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Medical assessment and treatment.

Accommodations: 

**FILED**
DISTRICT COURT OF GUAM
JUL -7 2006
MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS:  (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your supervised release conditions while in the Republic of the Philippines.

2. Report to the U.S. Probation Office in person within 72 hours upon arrival on Guam.

3. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

CARMEN D. O'MALLAN
U.S. Probation Officer

NAME
ADDRESS

[X] APPROVED  [ ] DISAPPROVED

HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge

RECEIVED
JUL -7 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Case 1:03-cr-00101   Document 37   Filed 07/07/2006   Page 1 of 1