FILED
COURT OF GUAM
[SEP] 2006
M. MORAN
CLERK OF COURT

| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM | ADDRESS OF PROBATION OFFICE |
|---|---|---|
| | PERMISSION TO TRAVEL | U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 |

Hiro H. Uttamchandani
USDC Cr. Cs. No. 03-00101-001
SSN: XXX-XX-7454
DOB: XX-XX-1939
HT: 5'7" WT: 133 lbs.



DATE **September 29, 2006**

YOU ARE AUTHORIZED TO TRAVEL TO **Hong Kong and Mumbai, India**

LEAVING **October 2, 2006** AND RETURNING **November 7, 2006**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

FILED
DISTRICT COURT OF GUAM
SEP 29 2006
MARY L.M. MORAN
CLERK OF COURT

PURPOSE OF THIS TRIP: Medical check-up and to visit family.

ACCOMMODATIONS:

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your supervised release conditions while in Hong Kong and India.

2. Report to the U.S. Probation Office in person within 72 hours upon arrival on Guam.

3. Immediately report any change in your travel plans to the U.S. Probation Office.

CARMEN D. O'MALLAN
U.S. Probation Officer

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

NAME _____
ADDRESS _____

[X] APPROVED  [ ] DISAPPROVED

HON. JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District of Guam

DATE: 9/29/2006

RECEIVED
SEP 29 2006
DISTRICT COURT OF GUAM

ORIGINAL

Case 1:03-cr-00101   Document 40   Filed 09/29/2006   Page 1 of 1