| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 |
|---|---|---|

Hiro H. Uttamchandani
USDC Cr. Cs. No. 03-00101-001
SSN: XXX-XX-7454
DOB: XX-XX-1939
HT: 5'7"   WT: 133 lbs.



DATE   February 21, 2007

YOU ARE AUTHORIZED TO TRAVEL TO   **Republic of the Philippines, India and Hong Kong**

LEAVING   **February 28, 2007**   AND RETURNING   **March 28, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Medical appointment and to visit family.**

FILED
DISTRICT COURT OF GUAM
FEB 26 2007
MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your supervised release conditions while in the Republic of the Philippines, India and Hong Kong.**

2. **Report to the U.S. Probation Office in person within 72 hours upon arrival on Guam.**

3. **Immediately report any change in your travel plans to the U.S. Probation Office.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

NAME _____
ADDRESS _____

[✓] APPROVED   [ ] DISAPPROVED

HON. FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

DATE:  2-23-07

RECEIVED
FEB 21 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Case 1:03-cr-00101   Document 43   Filed 02/26/2007   Page 1 of 1   ORIGINAL