**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00101-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| | ) | |
| HIRO H. UTTAMCHANDANI, | ) | |
| | ) | |
| Defendant. | ) | |

On April 7, 2005, Hiro H. Uttamchandani was sentenced by the Honorable Robert Clive Jones, Designated Judge, U.S. District Court of Guam, for Giving Bribes to an Agent of an Organization Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(2). He was sentenced to a six-month imprisonment term, followed by a supervised release term of two years. The conditions of his supervised release include that he shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA as directed by the probation officer; comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission; refrain from the consumption of any and all alcohol; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol, and make co-payments at a rate to be determined by the U.S. Probation Office; permit the probation officer access to any and all financial documents and records; and pay a special assessment fee of $100. Mr. Uttamchandani's supervised release term commenced on August 25, 2005.

Mr. Uttamchandani is requesting the Court's permission to travel to the Republic of the Philippines and Hong Kong for a medical appointment and for vacation with his family. He is scheduled to depart Guam on May 28, 2007, and return on June 10, 2007.

Request to Travel
Re: UTTAMCHANDANI, Hiro H.
USDC Cr. Cs. No. 03-00101-001cfr
May 23, 2007
Page 2

      To date, Mr. Uttamchandani has satisfactorily adjusted to his term of supervised release. He has no monetary obligations to the Court, and has satisfied all of his special conditions. This Officer supports the travel request and seeks Court approval.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:  /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

| | | |
|---|---|---|
| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam  96910<br>(671) 473-9201 |

**Hiro H. Uttamchandani**
USDC Cr. Cs. No. 03-00101-001
SSN: XXX-XX-7454
DOB: XX-XX-1939
HT: 5'7" WT: 133 lbs.



DATE   **May 23, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO   **Republic of the Philippines and Hong Kong**

LEAVING   **May 28, 2007**   AND RETURNING   **June 10, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Medical appointment and vacation.**

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your supervised release conditions while in the Republic of the Philippines and Hong Kong.**

2. **Report to the U.S. Probation Office in person within 72 hours upon arrival on Guam.**

3. **Immediately report any change in your travel plans to the U.S. Probation Office.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ CARMEN D. O'MALLAN

U.S. Probation Officer Specialist

NAME
ADDRESS

☐ APPROVED   ☐ DISAPPROVED