| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 |
|---|---|---|

**Hiro H. Uttamchandani**
USDC Cr. Cs. No. 03-00101-001
SSN: XXX-XX-7454
DOB: XX-XX-1939
HT: 5'7" WT: 133 lbs.



DATE **May 23, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO **Republic of the Philippines and Hong Kong**

LEAVING **May 28, 2007** AND RETURNING **June 10, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Medical appointment and vacation.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your supervised release conditions while in the Republic of the Philippines and Hong Kong.**

2. **Report to the U.S. Probation Office in person within 72 hours upon arrival on Guam.**

3. **Immediately report any change in your travel plans to the U.S. Probation Office.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ CARMEN D. O'MALLAN

U.S. Probation Officer Specialist

NAME
ADDRESS

[X] APPROVED   [ ] DISAPPROVED

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: May 24, 2007**