| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2ⁿᵈ Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam  96910<br>(671) 473-9201 |



**Hiro H. Uttamchandani**
Criminal Case No. 03-00101-001
SSN: XXX-XX-7454
DOB: XX-XX-1939
HT: 5'7" WT: 133 lbs.

DATE      **July 12, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO            **Hong Kong**

LEAVING        **July 16, 2007**        AND RETURNING        **August 18, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Medical appointment and vacation.**

SPECIAL INSTRUCTIONS:      (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1.      **You shall abide by your supervised release conditions while in Hong Kong.**

2.      **Report to the U.S. Probation Office in person within 72 hours upon arrival on Guam.**

3.      **Immediately report any change in your travel plans to the U.S. Probation Office.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ CARMEN D. O'MALLAN

U.S. Probation Officer Specialist

NAME _____

ADDRESS _____

☐ **APPROVED**    ☐ **DISAPPROVED**



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jul 13, 2007**