| PROB 34 (3/07) | Report and Order Terminating Supervised Release |

# UNITED STATES DISTRICT COURT
FOR THE

District of Guam

UNITED STATES OF AMERICA

v.

HIRO HASSARAM UTTAMCHANDANI

CRIMINAL CASE NO.   03-00101-001

    It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **August 24, 2007**, I therefore recommend that Mr. Uttamchandani be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:  /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

 /s/ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

cc:    Karon V. Johnson, AUSA
        Lawrence Teker, Defense Counsel
        File

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Sep 10, 2007**